EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Designación Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía | 2018 TSPR 130<br><br>200 DPR ____ |

Número del Caso:  EN-2018-4

Fecha: 18 de julio de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía

EN-2018-04

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de julio de 2018.

La Regla 1(a)(1) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, 4 LPRA Ap. XVII-C, dispone sobre la composición de la Comisión de Reputación para el Ejercicio de la Abogacía (Comisión). Dicha regla se enmienda para que lea: La Comisión de Reputación para el Ejercicio de la Abogacía estará compuesta de un presidente o una presidenta y ocho (8) miembros asociados nombrados por el Tribunal Supremo. La Comisión elegirá de entre sus miembros un secretario o una secretaria.

Al amparo de dicha disposición, se designan a las siguientes personas como miembros de la Comisión en los cargos que se indican a continuación:

Lcdo. Guillermo Arbona Lago, Presidente
Prof. Belén Guerrero Calderón, Miembro Asociada
Lcda. Jocelyn López Vilanova, Miembro Asociada
Dr. Robert Stolberg, Miembro Asociado
Sr. Bruno E. Cortés Trigo, Miembro Asociado
Lcdo. Miguel A. Candelario Piñeiro, Miembro Asociado
Lcdo. Rubén Falú Allende, Miembro Asociado
Prof. Mayté Rivera Rodríguez, Miembro Asociada
Lcdo. José M. Talavera del Valle, Miembro Asociado

Conforme dispone la Regla 1(a)(2) del Reglamento de la Comisión de Reputación, el Presidente de la Comisión ocupará su cargo por el término de cinco (5) años o hasta que su sucesor o sucesora sea nombrado. Igual término gozarán los Miembros Asociados siguientes: Prof. Belén Guerrero Calderón, Lcda. Jocelyn López Vilanova y el Dr. Robert Stolberg. Los restantes Miembros Asociados ocuparán sus cargos por el término de cuatro (4) años o hasta que su sucesor o sucesora sea nombrado.

Estos nombramientos entrarán en vigor inmediatamente.

El Tribunal Supremo agradece a los miembros de la Comisión que hoy cesan en sus funciones por los años de compromiso y dedicación para con este Tribunal y el Pueblo de Puerto Rico. A los nuevos miembros y aquellos que hoy revalidan en sus cargos, el Tribunal agradece su disposición de servir a la ciudadanía a través de la Comisión.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo
